IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHOUC NGUYEN,

    Petitioner,                    No. CIV S-02-2758 LKK JFM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.              ORDER

_____/

        On July 1, 2005, petitioner filed a letter regarding a notice of change of address and a request for status of his case. That document was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254. As a prisoner proceeding pro se, petitioner is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of respondents, documents submitted by petitioner must be served on that attorney and not on the respondents. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Petitioner must include with every document filed in this action

/////

1

1 | a certificate stating the date an accurate copy of the document was mailed to respondents'
2 | attorney and the address to which it was mailed.  See Local Rule 5-135(b) and (c).
3 |         Petitioner is informed that the court will notify him as soon as any action is taken
4 | in his case.
5 |         IT IS SO ORDERED.
6 | DATED:  July 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
nguy2758.35