QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
HUNG PHOUC NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG PHOUC NGUYEN, ) | |
| ) | No. CIV S 02-2758 LKK JFM P |
| Petitioner, ) | |
| ) | MOTION FOR SUBSTITUTION OF COUNSEL; |
| v. ) | ORDER |
| ) | |
| MIKE KNOWLES, et al., ) | |
| ) | |
| Respondents. ) | |

Petitioner HUNG PHOUC NGUYEN hereby moves this Court for an order substituting Krista Hart, 428 "J" Street, Suite 357, Sacramento, California, 95816, telephone, (916) 731-8811 for the Office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's Office has determined that it is currently unable to represent petitioner. Ms. Hart has agreed to accept the appointment. She is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Krista Hart.

////

////

////

1  Krista Hart is aware of any deadlines in this case.  She has
2 authorized the undersigned to sign this substitution motion on her
3 behalf.

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender


Dated: September 20,  2005          /s/ David M. Porter
                                    DAVID M. PORTER
                                    Assistant Federal Defender
                                    Attorneys for Petitioner
                                    HUNG PHOUC NGUYEN



Dated: September 20, 2005            /s/ Krista Hart
                                    Krista Hart


                                ********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: September 21, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/nguy2758.sub

2