IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHOUC NGUYEN,

    Petitioner,                                No. CIV S-02-2758 LKK JFM P

    vs.

MIKE KNOWLES, et al.,                     ORDER

    Respondents.

_____/

    Pursuant to court order this matter was set for status conference on October 13, 2005.  After review of the status conference reports filed by the parties, and good cause appearing, IT IS HEREBY ORDERED that the status conference set for October 13, 2005 is continued to November 17, 2005 at 11:00 a.m. in Courtroom # 26.

DATED: October 13, 2005.

                                                     UNITED STATES MAGISTRATE JUDGE

12
nguy2758.csc

1