IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHOUC NGUYEN,

    Petitioner,               No. CIV S-02-2758 LKK JFM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.         ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 12, 2006 request for an extension of time is granted;

    2. Petitioner's traverse shall be filed and served on or before March 10, 2006; and

    3. Oral argument is continued from February 9, 2006 to March 30, 2006

DATED: January 23, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
nguy2758.111