IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHOUC NGUYEN,

    Petitioner,                      No. CIV S-02-2758 LKK JFM P

    vs.

MIKE KNOWLES, et al.,             <u>ORDER</u>

    Respondents.

_____/

        Pursuant to court order this matter was set for status conference on October 13, 2005. Due to consideration of the court's calendar, and good cause appearing, IT IS HEREBY ORDERED that the oral argument set for March 30, 2006 is vacated. The matter will be taken under submission on the papers unless the court otherwise orders after completion of briefing in this matter.

DATED: February 7, 2006.

                                                       UNITED STATES MAGISTRATE JUDGE

12;nguy2758.o