IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHOUC NGUYEN,

    Petitioner,               No. CIV S-02-2758 LKK JFM P

    vs.

MIKE KNOWLES, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of January 23, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's March 6, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before March 20, 2006. No further extensions of time will be granted.

DATED: March 16, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp;nguy2758.111sec