IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHUOC NGUYEN,

    Petitioner,                    No. 2:02-cv-2758 LKK JFM (HC)

    vs.

MIKE KNOWLES, et al.,

    Respondents.            ORDER

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent has filed a request for modification or clarification of the order and judgment entered in this action.

    Good cause appearing IT IS HEREBY ORDERED that within seven days from the date of this order petitioner shall file either an opposition or a statement of non-opposition to respondent's request.

DATED: October 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1