IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG PHUOC NGUYEN,

    Petitioner,                   No. 02-cv2758 LKK JFM (HC)

    vs.

MIKE KNOWLES,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's order granting in part and denying in part his application for a writ of habeas corpus together with a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1 | court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2 | 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

In his motion, petitioner has made a substantial showing of the denial of a constitutional right in the following issue:  whether petitioner's rights to due process and to counsel were violated when petitioner was absent from an in camera hearing between the court and his trial counsel and, if so, whether the error is structural or, in the alternative, whether the error prejudiced petitioner at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 18, 2010 motion for a certificate of appealability is granted;

2. A certificate of appealability is issued in the present action; and

3. The Clerk of the Court is directed to process petitioner's appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:  October 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.